# In the United States Court of Federal Claims

PRECISION PINE & TIMBER, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 96-593C

Filed September 28, 2007

ORDER

On June 29, 2000, Judge Margolis entered an order granting defendant's motion to stay proceedings in this case pending disposition of two related cases: *Scott Timber Co*, 94-784, and *Scott Timber*, 96-204. The defendant's motion for a stay, in which plaintiff joined, stated that the amended complaint raised issues relating to reimbursement under the terms of the contract identical to those issues in *Scott Timber*, and both parties believed that the most efficient manner of proceeding would be to litigate the issues first in *Scott Timber*. The May 10, 2007 decision by the Court of Appeals for the Federal Circuit in *Scott Timber*, 224 Fed.Appx. 972 (2007), was mandated on July 13, 2007.

In light of the Federal Circuit's recent decision and mandate in *Scott Timber*, the Court ORDERS that the parties shall file a status report by Monday, October 29, 2007 recommending a schedule of further proceedings in this case.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge