**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 96-593C |
| | ) | (Judge Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of September 28, 2007, the parties have conferred and provide the following recommendations for further proceedings in this case:

The instant case involves a claim for breach of contract arising from the Forest Service's suspension of the Hay timber sale contract in the winter and spring of 1995. The largest single component of plaintiff's damages is for lost profits on sales of lumber products arising from that suspension.

As this Court is aware, in a series of rulings in another proceeding, Precision Pine & Timber Inc. v. United States, CoFC No. 98-720C, the Court of Federal Claims has determined that a subsequent suspension of the Hay contract (and 10 other contracts) breached the contract, and that the lost profits resulting from that breach are recoverable. The precise amount of those lost profits is yet to be finalized by the Court.

Precision Pine & Timber Inc. ("Precision Pine") does not contend that it can recover lost profits on lumber that would have been manufactured from timber on the Hay sale in both the instant case and in No. 98-720C. However, until a final and unappealable order is entered in that case, Precision Pine is unwilling to dismiss the lost profits claim in the instant action.

Accordingly, the parties request that the instant case be stayed until 30 days after the entry of a final and unappealable order in No. 98-720C, at which point the parties shall file a status report containing recommendations for further proceedings in this case.

Respectfully submitted,

s/Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

Of Counsel:

Richard W. Goeken
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

DATED: October 29, 2007