# In the United States Court of Federal Claims

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | ) | No. 96-593C |
| v. | ) | Filed October 29, 2007 |
| THE UNITED STATES, Defendant. | ) | |

ORDER

On October 29, 2007, the parties filed a joint status report (docket entry 32), requesting that the instant case be stayed until 30 days after a final and unappealable order is entered in *Precision Pine & Timber Inc. v. United States*, COFC No. 98-720C.

In light of the foregoing, the Court ORDERS that the instant case be stayed until 30 days after the entry of a final and unappealable order in No. 98-720. The Court FURTHER ORDERS that the parties file a joint status report no later than 30 days after the entry of a final and unappealable order in No. 98-720. In the joint status report, the parties shall indicate their recommendations for further proceedings in the case.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge